# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 07, 2024

Mr. Jeremy Jong
3527 Banks Street
New Orleans, LA 70119

Mr. Jesse David Lorenz
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

    No. 23-60248   Lopez Orellana v. Garland
                      USDC No. A201 427 666

Dear Counsel,

The Court requests supplemental briefing from the parties, answering the following questions:

    1. Has Appellant been physically removed from the United States, as is indicated in Appellant's brief at page 10?

    2. If this Court were to grant review and vacate Appellant's expedited removal, holding that La. Rev. Stat. § 14:25 is not an "aggravated felony" relating to the obstruction of justice under § 1101(a)(43)(S), and therefore Appellant was not rendered removable by a conviction under the statute, what is the appropriate remedy?

Parties should file their supplemental briefing by June 20, 2024. Briefs should be no more than five pages.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
   Ms. Cindy Gomez
     Office of Immigration Litigation
   Mrs. Remi da Rocha-Afodu