# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 18, 2024
Lyle W. Cayce
Clerk

No. 23-60248

Astrid Dariana Lopez Orellana,

*Petitioner,*

*versus*

Merrick Garland, *U.S. Attorney General,*

*Respondent.*

---

Petition for Review from an Order of the
Department of Homeland Security
Agency No. A201 427 666

---

Before Higginbotham, Stewart, and Higginson, *Circuit Judges.*

J U D G M E N T

This cause was considered on the petition of Astrid Dariana Lopez Orellana for review of an order of the Department of Homeland Security and the briefs on file.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED. The decision of the Department of Homeland Security is VACATED, and the cause is REMANDED to the Department of Homeland Security for further proceedings in accordance with the opinion of this court.

No. 23-60248

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on **Nov 12, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**